# Exhibit C

# ATTACHMENT C

## U.S. Pat. No. 7,628,333 - Samsung Pay Infringement Analysis

| Claim | Samsung Pay as implemented on Samsung Mobile Devices |
|---|---|
| 1. **[1.PREAMBLE]** A portable electronic device, comprising: | Samsung Pay is implemented on portable electronic devices, such as Samsung phones and watches.<br><br>**Accepted at millions of places.**<br><br>Samsung Pay works in-store, in-app and online. Load your cards onto your devices and check out with a tap.¹<br><br><br><br>https://www.samsung.com/us/samsung-pay/<br><br>Samsung Pay currently is compatible with 33 Samsung mobile devices and 9 smartwatches.  https://www.samsung.com/us/support/owners/app/samsung-pay |
| **[1.A]** an electronic circuit capable of storing data therein, capable of processing data, and capable of data input and output; | Samsung mobile devices include an electronic circuit (*e.g.*, a processor, memory, and various I/O ports) capable of storing data therein, capable of processing data, and capable of data input and output. |

| Claim | Samsung Pay as implemented on Samsung Mobile Devices |
|---|---|
| | For example, the Samsung Galaxy S8 contains an electronic circuit that includes a processor, memory, and various I/O ports.<br><br><br><br>https://www.ifixit.com/Teardown/Samsung+Galaxy+S8+Teardown/87136 |
| [1.B] a control device operatively linked to said electronic circuit, with an invariable activation command being issued when said control device is selectively triggered; | Samsung mobile devices include a control device (*e.g.*, a button selection with biometric or PIN verification) operatively linked to the electronic circuit (*e.g.*, a processor, memory, and various I/O ports), with an invariable activation command (*e.g.*, command to initiate a transaction) being issued when said control device is selectively triggered (*e.g.*, initiated within a selected context). |

| Claim | Samsung Pay as implemented on Samsung Mobile Devices |
|---|---|
| | For example, the Samsung Pay support site explains that a combination of tapping a "Pay" button along with preferred security, such as PIN, iris scan, or fingerprint, is required to initiate an in store transaction with a point-of-sale system, such as an NFC reader.<br><br>**Make a payment using the app**<br><br>With Samsung Pay, you can purchase things without digging through your wallet.<br><br>When you're ready to pay, open **Samsung Pay** on your phone. Tap **Pay**, and select your preferred card. Tap **PIN** or **IRIS**, and then enter the required security information. Or if you have fingerprint security set up, simply place your finger on your phone's fingerprint scanner.<br><br>Next, hold the back of the phone up to the contactless reader and perform your desired actions to complete your purchase.<br><br>https://www.samsung.com/us/support/answer/ANS00045102/ |
| **[1.C]** a user interface device operatively linked to said electronic circuit; | Samsung mobile devices include a user interface device (*e.g.*, a display) operatively linked to the electronic circuit (*e.g.*, a processor, memory, and various I/O ports).<br><br>For example, the Samsung Galaxy S8 includes a Super AMOLED display. |

3

| Claim | Samsung Pay as implemented on Samsung Mobile Devices |
|---|---|
| | <br>https://www.ifixit.com/Teardown/Samsung+Galaxy+S8+Teardown/87136 |
| **[1.D]** a data transceiver operatively linked to said electronic circuit, said data transceiver being for exchanging data between said electronic circuit and an external data exchange device, and for receiving a selectively emitted activation cue from a source external to said portable electronic device; | Samsung mobile devices include a data transceiver (*e.g.*, NFC functionality) operatively linked to the electronic circuit, the data transceiver being for exchanging data (*e.g.*, transaction information) between the electronic circuit (*e.g.*, a processor, memory, and various I/O ports) and an external data exchange device (*e.g.*, a point-of-sale system interface), and for receiving a selectively emitted activation cue (*e.g.*, a signal from an NFC device) from a source external (*e.g.*, a point-of-sale system NFC interface) to the portable electronic device.<br><br>For example, the Samsung Galaxy S8 includes an NFC chip for NFC communications. |

4

| Claim | Samsung Pay as implemented on Samsung Mobile Devices |
|---|---|
| |  https://www.ifixit.com/Teardown/Samsung+Galaxy+S8+Teardown/87136 |
| **[1.E]** a data conveyance switching element operatively linked to said electronic circuit, said switching element being in an activated state upon an activation cue having been received by said data transceiver, and being in an inactive state when no activation cue was received by said data transceiver; and | Samsung mobile devices include a data conveyance switching element (*e.g.*, Samsung Pay software) operatively linked to the electronic circuit (*e.g.*, a processor, memory, and various I/O ports), the switching element being in an activated state (*e.g.*, NFC transaction) upon an activation cue (*e.g.*, a signal from an NFC device) having been received by the data transceiver, and being in an inactive state (*e.g.*, idle state) when no activation cue was received by the data transceiver. |

5

| Claim | Samsung Pay as implemented on Samsung Mobile Devices |
|---|---|
|  | For example, Samsung mobile devices will enter an NFC transaction state when a user taps the "Pay" button and receives a signal from a POS device.<br><br>The Samsung Pay support site explains that a combination of tapping a "Pay" button along with preferred security, such as PIN, iris scan, or fingerprint, is required to initiate an in store transaction with a point-of-sale system, such as an NFC reader.<br><br>**Make a payment using the app**<br><br>With Samsung Pay, you can purchase things without digging through your wallet.<br><br>When you're ready to pay, open **Samsung Pay** on your phone. Tap **Pay**, and select your preferred card. Tap **PIN** or **IRIS**, and then enter the required security information. Or if you have fingerprint security set up, simply place your finger on your phone's fingerprint scanner.<br><br>Next, hold the back of the phone up to the contactless reader and perform your desired actions to complete your purchase.<br><br>https://www.samsung.com/us/support/answer/ANS00045102/ |
| **[1.F]** power means for providing power to said portable electronic device; | Samsung mobile devices include power means for providing power to the portable electronic device (*e.g.*, a processor, memory, and various I/O ports).<br><br>Each of the Samsung mobile devices include a battery that powers the electronic device. For example, the Samsung Galaxy S8 includes a battery to power the phone. |

6

| Claim | Samsung Pay as implemented on Samsung Mobile Devices |
|---|---|
| | <br> https://www.ifixit.com/Teardown/Samsung+Galaxy+S8+Teardown/87136 |
| **[1.G]** wherein upon said control device being selectively triggered to issue and invariable activation command: | Samsung mobile devices are enabled to perform certain functions upon the control device being selectively triggered to issue an invariable activation command (*e.g.*, command to initiate a transaction). <br><br> The Samsung Pay support site explains that a combination of tapping a "Pay" button along with preferred security, such as PIN, iris scan, or fingerprint, is required to initiate an in store transaction with a point-of-sale system, such as an NFC reader. |

7

| Claim | Samsung Pay as implemented on Samsung Mobile Devices |
|---|---|
|  | **Make a payment using the app**<br><br>With Samsung Pay, you can purchase things without digging through your wallet.<br><br>When you're ready to pay, open **Samsung Pay** on your phone. Tap **Pay**, and select your preferred card. Tap **PIN** or **IRIS**, and then enter the required security information. Or if you have fingerprint security set up, simply place your finger on your phone's fingerprint scanner.<br><br>Next, hold the back of the phone up to the contactless reader and perform your desired actions to complete your purchase.<br><br>https://www.samsung.com/us/support/answer/ANS00045102/ |
| **[1.H]** if said switching element is in said activated state, a data exchange will be initiated through the instrumentality of said data transceiver for exchanging data between said electronic circuit and an external data exchange device; | Samsung mobile devices are enabled such that if the switching element (*e.g.*, Samsung Pay software) is in the activated state (*e.g.*, NFC transaction), a data exchange (*e.g.*, NFC transaction) will be initiated through the instrumentality of the data transceiver (*e.g.*, NFC functionality) for exchanging data between the electronic circuit (*e.g.*, a processor, memory, and various I/O ports) and an external data exchange device (*e.g.*, the point-of-sale system interface).<br><br>The Samsung Pay support site explains that a combination of tapping a "Pay" button along with preferred security, such as PIN, iris scan, or fingerprint, is required to initiate an in store transaction with a point-of-sale system, such as an NFC reader. |

8

| Claim | Samsung Pay as implemented on Samsung Mobile Devices |
|---|---|
|  | **Make a payment using the app**<br><br>With Samsung Pay, you can purchase things without digging through your wallet.<br><br>When you're ready to pay, open **Samsung Pay** on your phone. Tap **Pay**, and select your preferred card. Tap **PIN** or **IRIS**, and then enter the required security information. Or if you have fingerprint security set up, simply place your finger on your phone's fingerprint scanner.<br><br>Next, hold the back of the phone up to the contactless reader and perform your desired actions to complete your purchase.<br><br>https://www.samsung.com/us/support/answer/ANS00045102/ |
| **[1.I]** if said switching element is in said inactive state, data will be conveyed from said electronic circuit to said user interface device for communicating information to the portable electronic device holder. | Samsung mobile devices are enabled such that if the switching element (*e.g.*, Samsung Pay software) is in the inactive state (*e.g.*, idle state), data will be conveyed from the electronic circuit (*e.g.*, a processor, memory, and various I/O ports) to the user interface device for communicating information (e.g., opening the Samsung Pay application) to the portable electronic device holder. |

9

| Claim | Samsung Pay as implemented on Samsung Mobile Devices |
|---|---|
| | **Credit and debit cards (US)** Add your qualifying Visa, Mastercard or American Express cards issued by our partner banks. Samsung Pay currently supports 1,000+ banks and credit unions, with more on the way. **Membership cards** Use your camera to add loyalty, membership and gift cards to your phone or wearable. Samsung Pay can store almost any card with a barcode on it. **Gift cards** You can purchase, send and receive gift cards directly rom the app. Conveniently store your new and existing gift cards in Samsung Pay to use them directly from your digital wallet whenever you need them. SEE ALL MERCHANTS https://www.samsung.com/us/samsung-pay/ |

10

**U.S. Pat. No. 9.022,294 - Samsung Pay Infringement Analysis**

| Claim | Samsung Pay as implemented on Samsung Mobile Devices |
|---|---|
| 1. **[1.PREAMBLE]** A cellular phone, comprising: | Samsung Pay is implemented on Samsung phones and watches.<br><br>**Accepted at millions of places.**<br><br>Samsung Pay works in-store, in-app and online. Load your cards onto your devices and check out with a tap.¹<br><br><br><br>https://www.samsung.com/us/samsung-pay/<br><br>Samsung Pay currently is compatible with 33 Samsung mobile devices and 9 smartwatches.  https://www.samsung.com/us/support/owners/app/samsung-pay |
| **[1.A]** an electronic circuit capable of storing data therein, capable of processing data, and capable of data input and output; | Samsung mobile devices include an electronic circuit (*e.g.*, a processor, memory, and various I/O ports) capable of storing data therein, capable of processing data, and capable of data input and output.<br><br>For example, the Samsung Galaxy S8 contains an electronic circuit that includes a processor, memory, and various I/O ports. |

11

| Claim | Samsung Pay as implemented on Samsung Mobile Devices |
|---|---|
| |  https://www.ifixit.com/Teardown/Samsung+Galaxy+S8+Teardown/87136 |
| **[1.B]** a user-triggered control device operatively linked to said electronic circuit, said user-triggered control device configured to be operated by a user via one of a button, a keypad, a tactile screen, and a biometric parameter detector, and after being operated issue an invariable activation command, with said invariable activation command being issued when said control device is selectively triggered by the user; | Samsung mobile devices include a user-triggered control device (*e.g.*, a button selection with biometric or PIN verification) operatively linked to said electronic circuit (*e.g.*, a processor, memory, and various I/O ports), said user-triggered control device configured to be operated by a user via one of a button, a keypad, a tactile screen, and a biometric parameter detector, and after being operated issue an invariable activation command (*e.g.*, command to initiate a transaction), with said invariable activation command being issued when said control device is selectively triggered by the user (*e.g.*, initiated within a selected context). |

12

| Claim | Samsung Pay as implemented on Samsung Mobile Devices |
|---|---|
| | For example, the Samsung Pay support site explains that a combination of tapping a "Pay" button along with preferred security, such as PIN, iris scan, or fingerprint, is required to initiate an in store transaction with a point-of-sale system, such as an NFC reader.<br><br>**Make a payment using the app**<br><br>With Samsung Pay, you can purchase things without digging through your wallet.<br><br>When you're ready to pay, open **Samsung Pay** on your phone. Tap **Pay**, and select your preferred card. Tap **PIN** or **IRIS**, and then enter the required security information. Or if you have fingerprint security set up, simply place your finger on your phone's fingerprint scanner.<br><br>Next, hold the back of the phone up to the contactless reader and perform your desired actions to complete your purchase.<br><br>https://www.samsung.com/us/support/answer/ANS00045102/<br><br>In addition, Samsung Pay can be used for in-app or online purchases by also tapping a "Pay" button along with preferred security, such as PIN, iris scan, or fingerprint. |

13

| Claim | Samsung Pay as implemented on Samsung Mobile Devices |
|---|---|
| | <br><br>https://www.samsung.com/us/samsung-pay/ |
| **[1.C]** a first data transceiver operatively linked to said electronic circuit, said first data transceiver being for exchanging data between said electronic circuit and a first external data exchange device over a first communication link; | Samsung phones include a first data transceiver (*e.g.*, NFC functionality) operatively linked to said electronic circuit (*e.g.*, a processor, memory, and various I/O ports), said first data transceiver being for exchanging data (*e.g.*, transaction information) between said electronic circuit and a first external data exchange device (*e.g.*, a point-of-sale system interface) over a first communication link (*e.g.*, NFC).<br><br>For example, the Samsung Galaxy S8 includes an NFC chip for NFC communications. |

14

| Claim | Samsung Pay as implemented on Samsung Mobile Devices |
|---|---|
| |  https://www.ifixit.com/Teardown/Samsung+Galaxy+S8+Teardown/87136 |
| **[1.D]** a second data transceiver operatively linked to said electronic circuit, said second data transceiver being for exchanging data between said electronic circuit and a second external data exchange device over a second communication link that is distinct from said first communication link; | Samsung devices include a second data transceiver (*e.g.*, cellular or Wifi functionality) operatively linked to said electronic circuit (*e.g.*, a processor, memory, and various I/O ports), said second data transceiver being for exchanging data (*e.g.*, transaction information) between said electronic circuit and a second external data exchange device (*e.g.,* a networked transaction server) over a second communication link (*e.g.*, cellular or Wifi) that is distinct from said first communication link (*e.g.*, NFC). |

15

| Claim | Samsung Pay as implemented on Samsung Mobile Devices |
|---|---|
| | For example, the Samsung Galaxy S8 includes a Wifi module and an RF transceiver. https://www.ifixit.com/Teardown/Samsung+Galaxy+S8+Teardown/87136 |
| [1.E] a cue receiver operatively linked to said electronic circuit for receiving an activation cue from a source external to said cellular phone; | The Samsung mobile devices include a cue receiver (*e.g.*, NFC functionality) operatively linked to said electronic circuit (*e.g.*, a processor, memory, and various I/O ports) for receiving an activation cue (*e.g.*, a signal from an NFC device) from a source external (*e.g.*, a point-of-sale system NFC interface) to said cellular phone . |

16

| Claim | Samsung Pay as implemented on Samsung Mobile Devices |
|---|---|
| | For example, the Samsung Galaxy S8 includes an NFC chip for NFC communications.<br><br><br><br>https://www.ifixit.com/Teardown/Samsung+Galaxy+S8+Teardown/87136 |
| [1.F] a data conveyance switching element operatively linked to said electronic circuit, said switching element being assigned a first state upon an activation cue having been received by said cue receiver, and being assigned a second state when | The Samsung mobile devices include a data conveyance switching element (*e.g.*, Samsung Pay software) operatively linked to said electronic circuit (*e.g.*, a processor, memory, and various I/O ports), said switching element being assigned a first state (*e.g.*, NFC transaction) upon an activation cue (*e.g.*, a signal from an NFC device) having been received by said cue receiver (*e.g.*, NFC |

17

| Claim | Samsung Pay as implemented on Samsung Mobile Devices |
|---|---|
| no activation cue was received by said cue receiver; and | functionality), and being assigned a second state (*e.g.*, online or in-app transaction) when no activation cue was received by said cue receiver.<br><br>For example, Samsung mobile devices will enter an NFC transaction state when a user taps the "Pay" button and receives a signal from a POS device. Alternatively, if the user taps the "Pay" button in a default state, when no signal from a POS device is received, it will be in an in-app or online transaction state.<br><br>The Samsung Pay support site explains that a combination of tapping a "Pay" button along with preferred security, such as PIN, iris scan, or fingerprint, is required to initiate an in store transaction with a point-of-sale system, such as an NFC reader.<br><br>**Make a payment using the app**<br><br>With Samsung Pay, you can purchase things without digging through your wallet.<br><br>When you're ready to pay, open **Samsung Pay** on your phone. Tap **Pay**, and select your preferred card. Tap **PIN** or **IRIS**, and then enter the required security information. Or if you have fingerprint security set up, simply place your finger on your phone's fingerprint scanner.<br><br>Next, hold the back of the phone up to the contactless reader and perform your desired actions to complete your purchase.<br><br>Place the back of the device against the card/NFC reader.<br>View tutorial<br><br>https://www.samsung.com/us/support/answer/ANS00045102/<br><br>In addition, Samsung Pay can be used for in-app or online purchases by also tapping a "Pay" button along with preferred security, such as PIN, iris scan, or fingerprint. |

18

| Claim | Samsung Pay as implemented on Samsung Mobile Devices |
|---|---|
| |

https://www.samsung.com/us/samsung-pay/ |
| **[1.G]** power means for providing power to said portable electronic device cellular phone; | The Samsung mobile devices include power means for providing power to the portable electronic device cellular phone.

Each of the Samsung mobile devices include a battery that powers the electronic device.  For example, the Samsung Galaxy S8 includes a battery to power the phone. |

19

| Claim | Samsung Pay as implemented on Samsung Mobile Devices |
|---|---|
| | <br><br>https://www.ifixit.com/Teardown/Samsung+Galaxy+S8+Teardown/87136 |
| **[1.H]** wherein upon said control device being selectively triggered by the user to issue said invariable activation command: | The Samsung mobile devices are designed such that upon the control device being selectively triggered by the user (*e.g.*, initiated within a selected context) to issue said invariable activation command (*e.g.*, command to initiate a transaction):<br><br>The Samsung Pay support site explains that a combination of tapping a "Pay" button along with preferred security, such as PIN, iris scan, or fingerprint, is required to initiate an in store transaction with a point-of-sale system, such as an NFC reader. |

20

| Claim | Samsung Pay as implemented on Samsung Mobile Devices |
|---|---|
| | **Make a payment using the app**<br><br>With Samsung Pay, you can purchase things without digging through your wallet.<br><br>When you're ready to pay, open **Samsung Pay** on your phone. Tap **Pay**, and select your preferred card. Tap **PIN** or **IRIS**, and then enter the required security information. Or if you have fingerprint security set up, simply place your finger on your phone's fingerprint scanner.<br><br>Next, hold the back of the phone up to the contactless reader and perform your desired actions to complete your purchase.<br><br>https://www.samsung.com/us/support/answer/ANS00045102/<br><br>In addition, Samsung Pay can be used for in-app or online purchases by also tapping a "Pay" button along with preferred security, such as PIN, iris scan, or fingerprint.<br><br>**Check out fast in our apps.**<br><br>No need to enter your credit card number for in-app or online purchases—simply select Samsung Pay at checkout and authenticate the purchase with your fingerprint, PIN or iris scan.<br><br>https://www.samsung.com/us/samsung-pay/ |

21

| Claim | Samsung Pay as implemented on Samsung Mobile Devices |
|---|---|
| **[1.I]** if said switching element is in said first state, a first data conveyance operation will be initiated through the instrumentality of said first data transceiver for sending data from said electronic circuit to the first external data exchange device over said first communication link; and | For the Samsung mobile devices, if the switching element (*e.g.*, Samsung Pay software) is in the first state (*e.g.*, NFC transaction), a first data conveyance operation (*e.g.*, NFC transaction) will be initiated through the instrumentality of the first data transceiver (*e.g.*, NFC functionality) for sending data from the electronic circuit to the first data exchange device (*e.g.*, the point-of-sale system interface) over the first communication link (*e.g.*, NFC).<br><br>The Samsung Pay support site explains that a combination of tapping a "Pay" button along with preferred security, such as PIN, iris scan, or fingerprint, is required to initiate an in store transaction with a point-of-sale system, such as an NFC reader.<br><br>**Make a payment using the app**<br><br>With Samsung Pay, you can purchase things without digging through your wallet.<br><br>When you're ready to pay, open **Samsung Pay** on your phone. Tap **Pay**, and select your preferred card. Tap **PIN** or **IRIS**, and then enter the required security information. Or if you have fingerprint security set up, simply place your finger on your phone's fingerprint scanner.<br><br>Next, hold the back of the phone up to the contactless reader and perform your desired actions to complete your purchase. <br>Place the back of the device against the card/NFC reader.<br>View tutorial<br><br>https://www.samsung.com/us/support/answer/ANS00045102/ |
| **[1.J]** if said switching element is in said second state, a second data conveyance operation will be initiated through the instrumentality of said second data transceiver for sending data from said electronic circuit to the second external data exchange device over said second communication link. | For the Samsung mobile devices, if the switching element (*e.g.*, Samsung Pay software) is in said second state (*e.g.*, in-app or online transaction), a second data conveyance operation (*e.g.*, cellular or Wifi transaction) will be initiated through the instrumentality of said second data transceiver (*e.g.*, cellular or Wifi functionality) for sending data from said electronic circuit to the second external data exchange device (*e.g.*, a networked transaction server) over said second communication link (*e.g.*, cellular or Wifi). |

22

| Claim | Samsung Pay as implemented on Samsung Mobile Devices |
|---|---|
| |  https://www.samsung.com/us/samsung-pay/ |

23