Case No. 2:20-cv-00342-JRG

PLAINTIFF G. HOLDINGS LTD.'S REPLY CLAIM CONSTRUCTION BRIEF

# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| G. HOLDINGS LTD., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA INC., <br><br> Defendant. | Case No. 2:20-cv-00342-JRG <br><br> **JURY TRIAL DEMANDED** |

**DECLARATION OF RODNEY R. MILLER IN SUPPORT OF PLAINTIFF
G. HOLDINGS LTD.'S REPLY CLAIM CONSTRUCTION BRIEF**

I, Rodney R. Miller, declare as follows:

1.      I am a Partner with the law firm of Hall Booth Smith, P.C., and am one of the attorneys responsible for the representation of Plaintiff G. Holdings LTD in this matter. I make this declaration in support of Plaintiff's Reply Claim Construction Brief.  If called to testify under oath in court, I could and would testify competently to the facts stated herein.

2.      Attached hereto as Exhibit 1 is a true and correct copy of excerpts from a dissertation titled "Modeling and Analysis of International and Unintentional Security Vulnerabilities in a Mobile Platform," a complete copy of which can be accessed at https://digital.library.unt.edu/ark:/67531/metadc700067/m2/1/high_res_d/mohamed%20issadeen -mf.pdf (last visited May 4, 2021).

3.      Attached hereto as Exhibit 2 is a true and correct copy of U.S. Patent No. 9,716,530.

4.      I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief, formed after reasonable inquiry under the circumstances.

Executed on the 5th day of May, 2021, in Atlanta, Georgia.

/s/ Rodney R. Miller
Rodney R. Miller