# Exhibit 1

MODELING AND ANALYSIS OF INTENTIONAL AND UNINTENTIONAL SECURITY

VULNERABILITIES IN A MOBILE PLATFORM

Mohamed Fazeen Mohamed Issadeen, B.Sc.

Dissertation Prepared for the Degree of

DOCTOR OF PHILOSOPHY

UNIVERSITY OF NORTH TEXAS

December 2014

APPROVED:

Ram Dantu, Major Professor
Kathleen M. Swigger, Committee Member
Robert Akl, Committee Member
Rodney D. Nielsen, Committee Member
Barrett R. Bryant, Chair of the Department of
    Computer Science and Engineering
Coastas Tsatsoulis, Dean of the College of
    Engineering
Mark Wardell, Dean of the Toulouse Graduate
    School

Mohamed Issadeen, Mohamed Fazeen. <u>Modeling and Analysis of Intentional and Unintentional Security Vulnerabilities in a Mobile Platform</u>. Doctor of Philosophy (Computer Science and Engineering), December 2014, 149 pp., 29 tables, 51 figures, references, 112 numbered titles.

Mobile phones are one of the essential parts of modern life. Making a phone call is not the main purpose of a smart phone anymore, but merely one of many other features. Online social networking, chatting, short messaging, web browsing, navigating, and photography are some of the other features users enjoy in modern smartphones, most of which are provided by mobile apps. However, with this advancement, many security vulnerabilities have opened up in these devices. Malicious apps are a major threat for modern smartphones. According to Symantec Corp., by the middle of 2013, about 273,000 Android malware apps were identified. It is a complex issue to protect everyday users of mobile devices from the attacks of technologically competent hackers, illegitimate users, trolls, and eavesdroppers.

This dissertation emphasizes the concept of intention identification. Then it looks into ways to utilize this intention identification concept to enforce security in a mobile phone platform. For instance, a battery monitoring app requiring SMS permissions indicates suspicious intention as battery monitoring usually does not need SMS permissions. Intention could be either the user's intention or the intention of an app. These intentions can be identified using their behavior or by using their source code. Regardless of the intention type, identifying it, evaluating it, and taking actions by using it to prevent any malicious intentions are the main goals of this research.

The following four different security vulnerabilities are identified in this research: Malicious apps, spammers and lurkers in social networks, eavesdroppers in phone conversations,

and compromised authentication. These four vulnerabilities are solved by detecting malware applications, identifying malicious users in a social network, enhancing the encryption system of a phone communication, and identifying user activities using electroencephalogram (EEG) for authentication. Each of these solutions are constructed using the idea of intention identification. Furthermore, many of these approaches have utilized different machine learning models.

The malware detection approach performed with an 89% accuracy in detecting the given malware dataset. In addition, the social network user identification model's accuracy was above 90%. The encryption enhancement reduced the mobile CPU usage time by 40%. Finally, the EEG based user activities were identified with an 85% accuracy. Identifying intention and using it to improve mobile phone security are the main contributions of this dissertation.

Copyright 2014

by

Mohamed Fazeen Mohamed Issadeen

ACKNOWLEDGMENTS

This dissertation would not have been possible without the help of many people. First, I would like to thank my mentor and advisor Dr. Ram Dantu for his support and guidance. His continuous encouragement and advice has helped me immensely academically. To Dr. Kathy Swigger, Dr. Robert Akl, Dr. Rodney Nielsen, thank you very much for agreeing to be on my Ph.D. committee and giving me valuable advice in this research.

Dr. P. Guturu, Prof. of Elec. Eng., UNT, I cannot thank him enough for helping me publish the paper on social networking which was a major part in this research. Further, I would like to thank Dr. Z. Wang, Assoc. Prof., Comm. Studies, UNT, for helping me in the inception of this research work. To Dr. O. Garcia, Prof. of Elec. Eng., UNT, thank you for helping me to contribute to the 'Information Theoretic' security paper. I would also like to recognise the support given by the National Science Foundation for this research under grants CNS-0627754, CNS-0619871, CNS-0551694, CNS-0751205, CNS-0821736 and CNS-1229700. I would also like to thank all the professors who taught me at UNT and helped me in achieving this.

To Mallory Schier, I sincerely thank you for helping me edit and proofread this dissertation. Your patience and tolerance is greatly appreciated. To all my past and present lab mates, thank you very much for sticking with me and having faith in me. The constant discussions, exchange of ideas and brain storming and valuable feedback have all been instrumental. To my Denton Sri Lankan friends, thank you for making me feel at home. You all have been amazingly supportive.

To my family, without them I would not be here today. My parents have been my supporting pillar and strength throughout my life. They still continue to lookout for me and have supported me in all my decisions. I am grateful for them and I cannot thank them enough. To my sister, thank you for taking care of our parents while I am away from home. Finally, to my ever loving wife Zaynab Wazeer for her unwavering love and support in this journey; her advice, humor and understanding have made my days brighter. I cannot thank her enough for her support and persistence. I would not have achieved this without her tremendous support.

APPENDIX  A

READING EEG DATA IN A MOBILE PHONE

In this chapter, I discuss on how to integrate the Emotiv EEG device to an Android device and communicate with the headset to obtain raw data, visualize it, save it, and process it.  I also discuss about challenges faced by other researchers and how they overcame these challenges.

 

(a)  Emotiv  USB wireless  data Receiver  (USB Dongle)

(b)  Emotiv EEG recording, wet sensor electrode headset

FIGURE A.1.  Emotiv EEG recording device.

A.1.  Introduction

The Emotiv EEG head sets are available with different packages.  Though the hardware is the same on all the packages, the software bundle varies based on its functionality.  The main difference in device software is the capability of obtaining the raw data from the device and recording it on a file.  The Research and Enterprise editions are capable of handling the raw EEG for a higher price tag. Since the device is same for all the editions, the same raw data is encrypted when it is transmitted from the USB receiver to the PC. The previously mentioned exclusive software only poses the key to decrypt the raw data. However, the manufacturer has not officially published any technical information about the decryption or about the decryption key.  The USB receiver connects to the headset automatically when the headset is in close proximity.  The Emotiv USB receiver is shown in Figure A.1(a). Communication between this USB receiver and the head set is

117

established on a wireless medium according to the 802.11 frequency range (2.4Ghz). Therefore, this device does NOT use Bluetooth. The manufacturer's comment on this decision is "*EPOC uses a low-power chipset which is not Bluetooth - BT is horribly power hungry and we avoided it to make sure our battery lasts a while*". Also, this USB dongle is known to encrypt the EEG raw data before any data is sent to the PC.

### A.1.1. Problem Definition

I wanted to create a software driver for the Android mobile device in order to communicate with the Emotiv USB communication device, called the Emotiv USB dongle. The Dongle will automatically connect to the headset and communicate with it to receive the raw data. Then I wanted to process the data in realtime, by using the developed software to obtain the raw data, and finally visualize the data and store it in the local SD card for later retrieval.

### A.1.2. Methodology and Challenges

The following activities can be identified as the outline of solving this problem;

- **Create a communication bridge between the USB dongle and the Android device via USB connection:** Since the manufacture provided very less details about the Emotiv USB dongle, finding its USB interfaces and its EEG sensor details were difficult. Further, figuring out some critical USB dongle parameters like usage of each USB interface, type of the interface, direction of the end points, protocol of the data frame consumed reasonable time due to lack of documentation. Initially, this needs to be addressed to establish the communication.

- **Decrypting the raw data packets:** As mentioned earlier, the raw data frames are encrypted with AES-128 due to its commercial nature. With the aid of external sources, the USB dongle software was exploited to determine its encryption key. Thus, it was used to decrypt the packets. This is the most challenging part as the manufacturer generated the encryption key based on the serial number of the Emotiv USB dongle and it varies from device to device. Also, all the sources who exploited the device have cracked mainly on PC platforms with different languages like C or Python, rather than Java. Thus, to obtain

the cryptographic key, the dongle must be connected to one of those systems. Setting up such a platform is tedious and time consuming, especially due to extensive dependencies.

- **Constructing the data packet from the data frame:** Once the raw data frames are decrypted, the data will be in raw binary form. Constructing a data packet that represents meaningful information such as EEG node sensor values and built in gyroscope values is challenging, again due to the lack of documentation about data packets. Furthermore, although external resources have done this in other language models such as C or Python, porting them to Java/Andoid is challenging.

A.1.3. Literature

Two interesting projects can be pointed out on the use of the Emotiv headset with a mobile smart phone. However, none of these publications explain a direct connection to the Android platform.

Campbell et al., a research team from University of Dartmouth, published a paper on how to connect the Emotiv EEG device to a smart phone. They used the EEG signals to dial a call of a person in the contact list [15]. They then used this device to obtain the P300 [58] signal to classify the people in the contact list. The mobile device they used to process the data was an Apple iPhone. It is interesting to note the way they connected the Emotiv EEG headband to the mobile phone. As they mentioned in the paper, they acknowledged that Emotiv is a closed-source SDK and the raw data is encrypted. Thus, they used a laptop to obtain the raw data from the headset that runs the proprietary Emotiv SDK and relay that information to the mobile phone via WiFi. This means that they never connected the Emotiv headset directly to the phone in order to obtain raw data, as was suggested in this work. Furthermore, their technique had several disadvantages in the communication, such as high power consumption for Wifi communication and unreliability of external hardware (like a PC or a laptop).

Another research team from the Technical University of Denmark, Stopczynski et al. built a smart phone interface for the Emotiv EEG device. This group used a Nokia N900 phone which runs the Maemo 5 OS (an OS developed by Nokia for its phones) to interface the EEG device [95]. Their system directly connected to the Nokia device and decrypted the EEG raw data in the phone

119

in order to visualize it on the mobile screen. The software was implemented using Python, and the setup was used to "demonstrate the ability to distinguish among emotional responses reflected in different scalp potentials when viewing pleasant and unpleasant pictures compared to neutral content." [77]

According to a Blog post by G. Moro, a toolkit named 'Emokit' from C and Python was implemented to communicate and obtain the raw EEG from the Emotiv device in a PC [66]. This PC software is independent from the Emotiv workbench toolkit. The 'Emokit' is an open source toolkit which is freely available on GitHub under the following link `https://github.com/qdot/emokit`. This code and documentation was very useful in obtaining the encryption key of the USB dongle.

An interesting concept emerged in the market related to the brain mobile interfacing called neurocam form Japan. The idea was to use brain signals to determine your interests towards what you are looking at. A head mounted iPhone will trigger a video recording automatically if you show more than a certain level of interest [70, 69].

It is interesting to note that a similar approach is followed in this work, except all the implementations are on the Android platform. This has never attempted by any other group to this date. In fact, the Emotiv EEG device manufacturer also announced that their device does not support Android platform yet and they are in the process of implementing such APIs for the Android platform. Thus, I implemented the EEG to mobile phone integration due to the urgent need in my research.

A.2. Implementation

Once the USB dongle is plugged into the phone and the head set is switched on and brought into close proximity, the dongle will establish the Dongle-to-Headset connection automatically. I assume that this connection is established by default before implementing the rest of the software connection. The software of connecting the Emotiv USB dongle to the Android device was implemented in three stages. See Figure A.2. In the first stage, the Android app established the communication between Emotiv USB dongle through Android APIs. Once connected, the app was capable of accessing the raw data. Since the dongle encrypts these raw data, it needs to be

120



FIGURE A.2.  Architecture of the interface.

decrypted before processing.  Hence, at stage two, these raw data were decrypted.  Then it was converted to proper EEG data packets in stage three. This produced the EEG data for each channel and other information.  Once stage three is done, the raw EEG data was available for visualizing and processing. More details about this process are discussed in the following sections.

A.2.1.  Android App to Emotiv USB dongle connection and obtain 32byte data packets

This was the first step in this data retrieval.  Initially, a broadcast receiver was initiated to auto detect the USB device and obtained the user permission to connect to the USB dongle. Then, the app created a USB manager to probe all available USB devices connected to the mobile phone. Once it identified the plugging in of the Emotiv USB dongle, the app prompted the user (first time

APPENDIX  B

MOBILE PLATFORM RESOURCES AND HARDWARE

## B.1.  Introduction

Currently, smartphones are equipped with various kinds of sensors. The main usages of these sensors vary from recognizing the orientation to reading the finger print of the user. Most of these sensors can be utilized in more innovative ways than its intended actual purpose [52]. For instance, the intended task of the accelerometer is to orient the content of the phone screen based on its orientation. However, P. Mohan et al., utilized this accelerometer to sense the road and traffic conditions [65]. J. Eriksson et al. also described on how to use the same accelerometer to monitor potholes in the road [33]. Similarly, all the other equipped sensors can be utilized in more productive and innovative applications and W. Z. Khan et al. summarized some of these interesting applications [52]. When looking at these capabilities, sensor data can cause many security and privacy issues. I have published an abstract paper with C. Claiborne, and R. Dantu on such security and privacy issues with these sensors [22]. The paper also proposed a framework to anonymize the sensor data when needed. Thus, it is necessary to understand some of the major sensors in a smartphone and be aware of their capabilities when providing security for these systems. This section presents several smartphone sensors and their capabilities.

In this research, I used several Android devices ranging from Google Nexus One to Samsung Note II. The table B.1 summarizes some of the devices used in this research and their available sensors. Some of these sensors and its performances are discussed in this chapter.

## B.2.  Accelerometer

Acceleration is the rate of change of velocity in time 12. The SI unit for acceleration is $ms^2$. The accelerometer sensor measure the acceleration in x, y, z axes, this is called the 3-axis accelerometer. According to android developers, generally the coordinate system of most of the sensors including the acclerometer sensor is defined as shown in figure B.1 [43]. This coordinate system is set relative to the orientation of the mobile phone's screen.

133

| Device Name | Manufacturer | Processor | Available Sensors |
|---|---|---|---|
| Google Nexus One | HTC Cooperation | 1 GHz Scorpion | Accelerometer, Proximity, Compass, GPS, Bluetooth, Wi-Fi, Touchscreen, Camera |
| Google Nexus S | Samsung | 1 GHz Cortex-A8 | Accelerometer, Gyroscope, Proximity, Light, NFC, Compass, GPS, Bluetooth, Wi-Fi, Touchscreen, Camera |
| Google Galaxy Nexus | Samsung | Dual-core 1.2 GHz Cortex-A9 | Accelerometer, Gyroscope, Barometer, Proximity, Light, NFC, Compass, GPS, Bluetooth, Wi-Fi, Touchscreen, Camera |
| Google Nexus 4 | LG Electronics | Quad-core 1.5 GHz Krait | Accelerometer, Gyroscope, Barometer, Proximity, Light, NFC, Compass, GPS, Bluetooth, Wi-Fi, Touchscreen, Camera |
| Samsung Note II N7100 | Samsung | Quad-core 1.6 GHz Cortex-A9 | Accelerometer, Gyroscope, Barometer, Proximity, Light, NFC, Compass, GPS, Bluetooth, Wi-Fi, Touchscreen, Camera |

TABLE B.1. Android smart phone devices used in this work.

$$(12) \qquad \text{acceleration}(\alpha) = \frac{\Delta v}{\Delta t} = \frac{\text{velocity change}}{\text{time difference}}$$

The Google Nexus One is equipped with BMA 150 digital triaxial accelerometer sensor. It has a sensitivity range of 2g/4g/8g with a max axial refresh rate of 3300 Hz. The limitations of the refresh rate and software integration yield a usable refresh rate around 2530 Hz [35, 44].

B.2.1. Accelerometer Accuracy

None of the sensors are accurate. Sensors are incorporated with intrinsic errors and these must be minimized by adding error correction to the measurements. The accelerometer sensor accuracy was tested in a lab experiment to verify how accurate it



FIGURE B.1. Sensor Coordinate System used in Android API. [43]

134

 

(a) Phone Attachment    (b) Experimental Setup

FIGURE B.2. Experimental setup for accelerometer accuracy test.

is compared to the actual acceleration.

Comparing with the Ground Truth: A series of tests was performed which aimed at testing the accuracy of the Bosch BMA150 accelerometer in the Nexus One. To test the accuracy of the phone, I utilized a bicycle-like wheel that has very good bearings. This provides little friction but is still present as the wheel eventually comes to a complete stop. I attached the phone to the end of the wheel parallel to the rotation of the wheel which is clamped down and immobile. The phone is in the same holster that is used for the testing inside the vehicle. I spun the wheel and set the phone to record accelerometer values. Figure B.2 illustrates the experimental setup used for the accuracy test[35, 44].

The experiment was recorded in which the timings per phone revolution around the wheel were analyzed. To compare with the accelerometer data from the phone, I calculated the averaged angular acceleration at different revolutions around the wheel in which the phone experienced. Since I used a wheel apparatus, centripetal acceleration or force was calculated in the y-axis and then compared with a calculated value. To describe the experiment, a sensor recording application was started on the phone and placed in the holster which was attached to the outside of the wheel by velcro. At the same time, a camcorder began recording the experiment which was later used to obtain the time per phone/wheel revolution. The experimental acceleration $a_c$ was calculated using the radius of the wheel (r), angular velocity ($\omega$) and r=0.336

$$(13) \qquad\qquad a_c = \frac{(v_t^2)}{r} = \omega^2 r$$

135