## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| G. HOLDINGS LTD., | § | |
| *Plaintiff*, | § § § | |
| v. | § § | CIVIL ACTION NO. 2:20-CV-00342-JRG |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA INC., | § § § § § | |
| *Defendants*. | § § | |

### ORDER

Before the Court is the Joint Motion to Stay Case Pending Finalization of Settlement (the "Motion") filed by Plaintiff G. Holdings Ltd. ("Plaintiff") and Defendants Samsung Electronics Co., Ltd., and Samsung Electronics America Inc. (collectively, "Defendants"). (Dkt. No. 60). In the Motion, the parties request a stay of all deadlines for forty-five (45) days because they have agreed in principle on a settlement agreement and are in the process of finalizing the agreement.

Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all deadlines in the above-captioned case are **STAYED** for forty-five (45) days, during which time appropriate dismissal papers are to be filed with the Court.

**So Ordered this**

Jun 8, 2021

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE