## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| G. HOLDINGS LTD. | § |
| | § |
| v. | §  Case No. 2:20-CV-0342-JRG |
| | § |
| SAMSUNG ELECTRONICS CO., LTD., ET AL. | § |
| | § |

## ORDER

Previously, the Court appointed David Keyzer as the technical advisor to the Court in this action with his costs to be assessed equally between Plaintiff and Defendant and timely paid as billed. The Court has received Mr. Keyzer's invoice for services through June 9, 2021 in the amount of $25,081.74 and hereby **ORDERS** payment to be promptly made as follows:

| | |
|---|---|
| Plaintiff: | $12,540.87 |
| Defendants: | $12,540.87 |

Defendants are hereby ORDERED to appoint a lead counsel to collect payment from Defendants and to make a single payment to Mr. Keyzer on behalf of all Defendants.

**SIGNED this 11th day of June, 2021.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE